| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**JOSEPH J. SLACHETKA, ESQ. (#JS-3333)**<br>**HOFFMAN DiMUZIO**<br>**A Partnership of Professional Corporations**<br>412 Swedesboro Road<br>Mullica Hill, New Jersey 08062<br>(856) 694-3939<br>Attorneys for Debtor(s) | |
|---|---|
| | **Order Filed on September 12, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>JOSEPH S. SPERA<br>CHRISTINE L. SPERA<br>                           Debtors | Case No.:      12-24893<br><br>Chapter 13<br><br>Judge:        ABA |

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: September 12, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of Movants' Motion to Approve Loan Modification:

**ORDERED** that the Movants' Motion to Approve Loan Modification is hereby:

**GRANTED;** and it is further

**ORDERED** that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the Automatic Stay.

**ORDERED** that if the pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an Amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this Order to other creditors in accordance with the provisions of the confirmed Plan.

**ORDERED** that if the post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition Order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition Order, the Trustee may disburse the funds being reserved pursuant to this Order to other creditors in accordance with the provisions of the confirmed Plan.

**ORDERED** that the Debtors shall file a Modified Plan and Amended Schedule J within ten (10) days of the entry of the within Order.

**ORDERED** that in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, secured creditor shall file an amended Proof of Claim to reflect zero pre-petition arrears.

**ORDERED** that the Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is amended or the Trustee is notified by the secured creditor that the modification was not consummated.

**ORDERED** that in the event the modification is not consummated the secured creditor shall notify the Trustee and the Debtors' attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to the secured creditor.

**ORDERED** that in the event the Proof of Claim is amended to reflect zero pre-petition arrears, the Trustee may disburse funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed Plan.

Case 21-23893-ABA  Doc 106-3  Filed 09/28/17  Entered 09/28/17 09:30:05  Desc Main
Proposed Order Approving Loan Modification    Page 3 of 3